```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 11/17/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REPRESENTACIONES Y DISTRIBUCIONES  :
EVYA S.A. DE C.V. and INSTALACIONES    :
ELECTROMECANICAS, CIVILES ELECTRICAS,:
S.A. DE C.V.,                                                         :         09-cv-6060(JGK)
                                                                              :
                                   Plaintiffs,                     :         **ORDER**
                                                                              :
           -against-                                                 :
                                                                              :
GLOBAL EXPLORER LLC, and STEUART :
INVESTMENT CO.,                                             :
                                                                              :
                                   Defendants.                  :
-----------------------------------------------------------X

WHEREAS the Court having issued an Order on October 19, 2009 directing plaintiff to submit by October 30, 2009, a proposed Order vacating the attachment Order in this case, dismissing the action without prejudice, and directing the return of any funds, or, in the alternative to submit an affidavit showing why the attachment should not be vacated; and

No timely response to the Court's Order having been submitted,

IT IS HEREBY ORDERED,

    1.    That the Order of Attachment is vacated;

    2.    All attachments are vacated; and

    3.    The case is dismissed without prejudice and without costs by any party against any other.

Dated: New York, New York
        November 16, 2009

_____
John G. Koeltl
U.S.D.J.